## Commonwealth *v.* Sundermeier, Appellant.

Argued June 10, 1970. *A. A. Guarino,* for appellant; *James D. Crawford,* Deputy District Attorney, with him *Melvin Dildine,* Assistant District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Tate, Appellant.

Submitted June 8, 1970. *David Zwanetz,* for appellant; *Benjamin H. Levintow,* Assistant District Attorney, *James D. Crawford,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.